**Order entered September 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01059-CV

### LAKEITH AMIR-SHARIF, Appellant

### V.

### QUIK TRIP STORE NO. #909, ET AL., Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-03023**

## ORDER

Because the court reporter informed appellant and the Court on August 15, 2014 that no hearings of record have taken place, we **GRANT** appellant's September 12, 2014 motion for free appellate record to the extent we **ORDER** the Clerk of the Court to send appellant a copy of the clerk's record.

/s/     CAROLYN WRIGHT
            CHIEF JUSTICE